# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

**SHELBY KING, ADC # 142874**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:10CV01543 BSM-BD**

**REED et al.**                                                                          **DEFENDANTS**

### ORDER

Plaintiff Shelby King filed this pro se 42 U.S.C. § 1983 complaint [Doc. No. 2] on October 27, 2010, along with an application to proceed *in forma pauperis*. [Doc. No. 1]. He alleges that he was attacked by a fellow inmate at the Ouachita River Unit of the Arkansas Department of Correction and that his attack was caused by the negligence of a detention officer. In that the acts in question arose in Hot Spring County, Arkansas, which is located in the Western District of Arkansas, the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).

The Clerk of the Court is therefore directed to transfer King's case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, 100 Reserve Street, Room 347, Hot Springs, Arkansas 71901.

IT IS SO ORDERED this 29th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE